## Commonwealth v. Koblanski, Appellant.

Submitted June 8, 1970. *Joseph Wassell,* Assistant Public Defender, for appellant; *Irwin Schneider,* Assistant District Attorney, and *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.